1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.G., F.M., L.A., J.M., L.G., F.B., M.N., and R.G., individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>METROPOLITAN INTERPRETERS AND TRANSLATORS, INC., a corporation, *et al.*,<br><br>Defendants. | No. 3:12-cv-00460-DMS-MDD<br><br>**ORDER GRANTING JOINT MOTION FOR ORDER FILING COMPLAINT UNDER SEAL**<br><br>Judge:      Hon. Dana M. Sabraw<br>Courtroom: 10<br><br>Complaint Filed: February 23, 2012 |

CASE NO. 12CV0460

1 | Good cause appearing, it is hereby ordered that the Joint Motion for Order Filing Complaint Under Seal filed by Plaintiffs M.G., F.M., L.A., J.M., L.G., F.B., M.N., and R.G. ("Plaintiffs"), on the one hand, and Defendant Metropolitan Interpreters and Translators, Inc., on the other hand, is GRANTED.  It is further ordered that the Court will hereby file under seal the Complaint filed by Plaintiffs on February 23, 2012 [Dkt. No. 1].

IT IS SO ORDERED.

DATED: April 2, 2012

_____
HONORABLE DANA M. SABRAW

301787953.1