# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.G., F.M., L.A., J.M., L.G., F.B., M.N., and R.G., individuals,<br><br>                              Plaintiffs,<br>   vs.<br>METROPOLITAN INTERPRETERS and TRANSLATORS, INC., a corporation, et al.,<br><br>                              Defendants. | CASE NO. 12cv0460 DMS (MDD)<br><br>**ORDER RE: ORAL ARGUMENT** |

Defendants' motion to dismiss is currently scheduled for hearing on June 15, 2012. The Court finds this matter suitable for decision without oral argument pursuant to Civil Local Rule 7.1(d)(1). Accordingly, the June 15, 2012 hearing is vacated.

IT IS SO ORDERED.

DATED: June 11, 2012

_____
HON. DANA M. SABRAW
United States District Judge