Eugene G. Iredale SBN: 75292
Julia Yoo  SBN: 231163
IREDALE & YOO, APC
105 West F Street, 4th Floor
San Diego, CA 92101-6036
Tel: (619) 233-1525
Fax: (619) 233-3221
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(Hon. Jeffrey T. Miller)

| | |
|---|---|
| M.G., F.M., L.A., J.M., L.G., F.B., M.N., R.G., L.S., and E.R., individuals,<br><br>Plaintiffs,<br><br>v.<br><br>METROPOLITAN INTERPRETERS and TRANSLATORS, INC., a corporation, J.C., an individual, L.L., an individual, R.P., an individual, M.L, an individual, B.A., an individual, UNITED STATES OF AMERICA, EILEEN ZEIDLER, an individual, SONDRA HESTER, an individual, DAREK KITLINSKI, an individual,  WILLIAM R. SHERMAN, an individual, and DOES 1-20, inclusive,<br><br>Defendants. | Case No.:  12-cv-00460-JM (MDD)<br><br>**PLAINTIFFS' NOTICE OF ERRATUM** |

1  Plaintiffs, by and through their attorneys of record, hereby submit the
2  following erratum:
3  Page 6, lines 2 to 5 of Plaintiffs' Opposition to Defendants' Supplemental
4  Brief reads as follows:

> The "private" cause of action confers no authority on the government to sue under § 2006(c).

Page 6, lines 2 to 5 should be corrected to read:

> The "private" cause of action confers no authority on the government to sue under § 2005(c).

Dated:  April 15, 2013           /s/   Julia Yoo
                                 EUGENE G. IREDALE
                                 JULIA YOO