UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(Hon. Jeffrey T. Miller)

| | |
|---|---|
| M.G., *et al.*,<br><br>        Plaintiffs,<br><br>  vs.<br><br>METROPOLITAN INTERPRETERS AND TRANSLATORS, INC., a corporation, J.C., an individual, R.P., an individual, C.G., an individual, UNITED STATES OF AMERICA, SONDRA HESTER, an individual, DAREK KITLINSKI, an individual, WILLIAM R. SHERMAN, an individual, and DOES 1-20, inclusive,<br><br>        Defendants. | Nos. 12-cv-0460-JM (MDD)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS CAUSE OF ACTION** |

1  Good cause appearing, it is hereby ordered that the Joint Motion for
2  Dismissal of the seventh cause of action for intentional infliction of emotional
3  distress, is hereby GRANTED, with prejudice, with all parties to bear their own
4  costs.
5  IT IS SO ORDERED.
6  Dated: March 25, 2014

HON. JEFFREY T. MILLER
U.S. DISTRICT JUDGE