UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.G. et al., individuals,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>METROPOLITAN INTERPRETERS and TRANSLATORS, INC., a corporation, et al.,<br><br>　　　　　Defendants. | CASE NOS.: 12cv460 JM(MDD)<br>　　　　　　　13cv1891 JM(MDD)<br>　　　　　　　13cv1892 JM(MDD)<br><br>PARTIAL JUDGMENT IN A CIVIL CASE |

IT IS HEREBY ORDERED AND ADJUDGED:

　　Judgment in favor of Plaintiff L.S. against Metropolitan in the total sum of $196,670.86 , which sum shall include all costs of suit and attorneys' fees otherwise recoverable in this action accrued through the date of this offer.

Pursuant to the terms of the accepted Rule 68 Offer, it is further adjudged and ordered that:

- If Plaintiff elects to seek reinstatement as a monitor with Metropolitan, Metropolitan will sponsor Plaintiff and assist Plaintiff in completing and submitting the security clearance application documents, and – to the extent possible - expediting the clearance reinstatement process in the event that the Drug Enforcement Administration ("DEA") and/or Immigration and Customs Enforcement ("ICE") decides to re-evaluate Plaintiff's qualifications and suitability to access law enforcement sensitive information.

- If Plaintiff elects to seek reinstatement as a monitor with Metropolitan, Metropolitan will agree to offer Plaintiff employment with Metropolitan upon receiving notification that the DEA and/or ICE has reinstated or granted to Plaintiff the required security clearance.

Date: August 12, 2014

JEFFREY T. MILLER,
United States District Judge