UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.G., *et al.*, individuals,<br><br>    Plaintiffs,<br><br>vs.<br><br>METROPOLITAN INTERPRETERS AND TRANSLATORS, INC., a corporation, J.C., an individual, R.P., an individual, C.G., an individual, and DOES 1-20, inclusive,<br><br>    Defendants. | No. 12cv460 JM(MDD)<br><br>**ORDER DISMISSING CASE AGAINST DEFENDANTS R.P., M.L. AND B.A. WITH PREJUDICE** |

    Pursuant to the Joint Motion for an Order Dismissing Case Against Defendants R.P., M.L. and B.A. with Prejudice (ECF No. 169) filed by Plaintiffs and Defendants Metropolitan Interpreters and Translators, Inc. and J.C., R.P., M.L. and B.A., and good cause appearing therefor,

    **IT IS HEREBY ORDERED** that this case be dismissed with prejudice as to Defendants R.P., M.L. and B.A., and that Defendants R.P., M.L. and B.A. have waived their right to attorneys' fees and costs from Plaintiffs in this case.

Dated: _November 24, 2014_

                                                     HON. JEFFREY T. MILLER<br>                                                     United States District Judge