**ORIGINAL**

**FILED**

APR 2 3 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE METROPOLITAN INTERPRETERS AND TRANSLATORS, INC., <br><br> Defendants. | Case No.  12cv460 JM(MDD) <br> 13cv1891 JM(MDD) <br> 13cv1892 JM(MDD) <br><br> SPECIAL VERDICT FORM FOR PUNITIVE DAMAGES |

We, the jury in the above entitled matter, award punitive damages against Defendant Metropolitan Interpreters and Translators and in favor of Plaintiffs in the following amounts:

1. Fernando Medina        $___0___

2. Francisco Bates        $___0___

3. Maria Nielsen          $___0___

4. Richard Gonzalez       $___0___

5. Eduardo Ruvalcaba      $___0___

6. Melany Duran           $___0___

1

| | | | |
|---|---|---|---|
| 7. | Elizabeth Sanchez | $ | ∅ |
| 8. | Lilia Palomino | $ | ∅ |
| 9. | Maribel Taylor | $ | ∅ |

Dated: 23 APRIL 2015

_____
Presiding Juror

Wesly BERNEBERG