Eugene G. Iredale, SBN: 75292
Julia Yoo, SBN: 231163
Grace Jun, SBN: 287973
IREDALE and YOO, APC
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
TEL: (619) 233-1525 FAX: (619) 233-3221

Attorneys for Plaintiffs F.M., F.B., M.N., R.G., E.R., M.D., E.S., L.P., and M.T.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| F.M., *et al.*, individuals,<br><br>Plaintiffs,<br>vs.<br><br>UNITED STATES OF AMERICA, METROPOLITAN INTERPRETERS and TRANSLATORS, INC., a corporation, *et al.*,<br>Defendants. | CASE NOS.: 12cv460-JM (MDD)<br>13cv1891-JM (MDD)<br>13cv1892-JM (MDD)<br><br>PLAINTIFFS' EXHIBIT LIST |

| No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| 1 | | | 29 U.S.C. § 2002 |
| 2 | 4/9/2015 | 4/9/2015 | Email from Joseph Citrano to Blanca Armenta, Monica Leu, Clauda Gonzalez, Ron Perez, Lee Laimbeer, Dan Grote, Marco Cruz, Charles Clements dated January 4, 2011 re: random polygraphs to be administered in San Diego Field Division (METRO001137) |
| 3 | | | Email from Lee Laimbeer to Joseph Citrano dated January 5, 2011 (METRO001482-1483) |
| 4 | | | Email from Lee Laimbeer to Joseph Citrano dated January 5, 2011 re polygraph test letter to new applicants (METRO001484-1485) |
| 5 | | | Email thread between Lee Laimbeer and Joseph Citrano dated July 1, 2011 (METRO001505-1506) |
| 6 | 4/15/2015 | 4/15/2015 | E-mail from Joseph Citrano to Monica Leu dated July 7, 2011 re: Metro employees without DEA access are considered unemployed (METRO001111-1112) |
| 7 | 4/9/2015 | 4/9/2015 | E-mail communication from Joseph Citrano to Monica Leu and Charles Clements dated July 13, 2011, |

| | | | |
|---|---|---|---|
| | | | including attachment to e-mail , re: his responses to concerns by Carlsbad monitors (METRO001507-1511). |
| 8 | | | E-mail from Maria Castro to Monica Leu dated July 14, 2011 re: dissemination of Metro's responses to concerns by Carlsbad monitors (METRO001222-1224) |
| 9 | | | E-mail communication from Blanca Armenta to Monica Leu dated July 15, 2011 re: Metro's responses to Carlsbad monitors read aloud during briefing (METRO001219 – 1221) |
| 10 | 4/7/2015 | 4/7/2015 | E-mail from Monica Leu to Blanca Armenta dated July 19, 2011 containing two attachments: Metro memorandum re: DEA polygraphs and Dept. of Labor info re: EPPA (METRO001532-1535) |
| 11 | | | E-mail communication thread among Lee Laimbeer, Blanca Armenta, and Ron Perez dated July 20, 2011, including attachments, *e.g.* "How to Prepare for a Security Clearance Polygraph Examination" (METRO001536-1539) |
| 12 | | | E-mail communication thread among Lee Laimbeer, Blanca Armenta, and Ron Perez dated July 20, 2011 |

| | | | |
|---|---|---|---|
| | | | (METRO001540-1548) |
| 13 | 4/9/2015 | 4/9/2015 | E-mail communication from Joseph Citrano to Charles Clements, Dan Grote, Monica Leu, and Marco Cruz dated July 20, 2011 re: Rich Rios (DEA) e-mail that other agency security clearances not affected by DEA polygraphs (METRO001552-1554) |
| 14 | 4/9/2015 | 4/9/2015 | E-mail from Marco Cruz to Joseph Citrano, Dan Grote, Charles Clements, Lee Laimbeer et al., dated August 4, 2011, stating that a monitor's clearance with another federal agency does not affect that person's clearance with ICE (METRO001403) |
| 15 | | | E-mail from Lee Laimbeer to Blanca Armenta and Claudia Gonzalez dated August 5, 2011 re: YouTube video link (METRO001599). |
| 16 | 4/13/2015 | 4/13/2015 | Transcript of "The Truth About the Polygraph" |
| 17 | | | E-mail communications among Joseph Citrano, Lee Laimbeer, and Sondra Hester re: Francisco Bates email (METRO001103-1105) |
| 18<br>18a | <br>4/7/2015 | <br>4/7/2015 | E-mail from Joseph Citrano to Francisco Bates dated September 8, |

| | | | |
|---|---|---|---|
| 18b<br>18c | 4/7/2015<br>4/7/2015 | 4/7/2015<br>4/7/2015 | 2011, including Dept. of Labor attachment re: EPPA (METRO001106-1110) |
| 19 | | | E-mail communication thread among Blanca Armenta, Monica Leu et al. regarding e-mail addressing polygraphs disseminated to Carlsbad monitors, dated September 8, 2011 (METRO001320-1323) |
| 20 | | | E-mail communications between Joseph Citrano and Lee Laimbeer, dated September 19, 2011, regarding polygraph memo (METRO001719-1721) |
| 21<br>21(1727)<br>21(1728)<br>21(1726) | <br>4/8/2015<br>4/8/2015<br>4/9/2015 | <br>4/8/2015<br>4/8/2015<br>4/9/2015 | E-mail communication between Lee Laimbeer and Joseph Citrano regarding corrections to letter to Maria Nielsen ("Isn't that backwards"), dated September 19, 2011 (METRO001726-1728) |
| 22 | | | E-mail communications between Joseph Citrano and Lee Laimbeer, dated September 19, 2011, regarding polygraph memo (METRO001729-1732) |
| 23 | | | E-mail from Joseph Citrano to Maria Nielsen dated September 19, 2011 with letter attachment (METRO001733-1735) |

| | | | |
|---|---|---|---|
| 24 | 4/9/2015 | 4/9/2015 | E-mail from Joseph Citrano to Charlies Clements dated September 19, 2011 including attachment from Maria Nielsen (METRO001148-1150) |
| 25<br>25(1821) | 4/9/2015 | 4/9/2015 | E-mail from Lee Laimbeer to Joseph Citrano dated February 28, 2011, regarding e-mail from Charlie Clements to "run it by Rebecca" (METRO001821-1824) |
| 26 | | | 2007 contract between USA and Metropolitan (USA-00001 – 00057) |
| 27 | | | Chart of Metropolitan Management Structure (METRO002750) |
| 28 | | | Joseph Citrano Personal Financial Statement (METRO003335) |
| 29 | 4/23/2015 | 4/23/2015 | Metropolitan Interpreters & Translators, Inc. Balance Sheet (METRO003386) |
| 30 | 4/23/2015 | 4/23/2015 | Metropolitan Interpreters & Translators, Inc. Statement of Operations (METRO003387) |
| 31 | 4/23/2015 | 4/23/2015 | Metropolitan Interpreters & Translators, Inc. Operating Expenses (METRO003388) |
| 32 | 32-**1**<br>4/23/2015 | 32-**1**<br>4/23/2015 | Metropolitan Interpreters and Translators, Inc. 2013 tax return (Bates nos. METRO003336 – METRO003385) |

| | | | |
|---|---|---|---|
| 33 | | | E-mail from Claudia Gonzalez to Ronald Perez and Monica Leu dated August 9, 2011 (METRO001604) |
| 34 | | | E-mail thread among Monica Leu, Charles Clements, Ron Perez, Claudia Gonzalez disclosing employees in El Centro who failed polygraph (METRO001615-1617) |
| 35 | | | E-mail from Joseph Citrano to Lee Laimbeer and Dan Grote dated November 23, 2011 (METRO001125-1126) |
| 36 | | | E-mail from Marco Cruz to Ron Perez dated December 15, 2011 (METRO001774-1775) |
| 37<br>37(1802) | 4/9/2015 | 4/9/2015 | E-mails between Marco Cruz and Joseph Citrano dated July 20, 2011 (METRO001802-1803) |
| 38 | 4/9/2015 | | E-mail from Monica Leu to Maria “Lupita” Castro, dated August 23, 2011 (METRO001414-1415) |
| 39 | 4/9/2015 | 4/9/2015 | E-mail from Marco Cruz to Daniel Del Castillo disclosing identities of monitors who had failed the DEA administered polygraphs, dated November 29, 2011 (METRO001187) |
| 40 | | | E-mail communication thread between Marco Cruz and Daniel Del |

| | | | |
|---|---|---|---|
| | | | Castillo (METRO001238-1240) |
| 41 | | | E-mail communication thread between Marco Cruz and Daniel Del Castillo (METRO001241-1244) |
| 42 | | | Email thread among Lee Laimbeer, Marco Cruz, and Ron Perez (METRO001786-1787) |
| 43 | | | Email thread among Lee Laimbeer, Marco Cruz, and Ron Perez (METRO001788-1790) |
| 44 | | | Email thread among Lee Laimbeer, Marco Cruz, and Ron Perez (METRO001791-1793) |
| 45<br>45(2007)<br>45(2008) | <br>4/9/2015<br>4/9/2015 | <br>4/9/2015<br>4/9/2015 | E-mail communication thread with Joseph Citrano dated March 19, 2012 re: notifying ICE of Eduardo Ruvalcaba's polygraph results (METRO002007 – 2009) |
| 46 | | | E-mail communication thread with Joseph Citrano dated March 19, 2012 (METRO002010 – 2011) |
| 47 | | | E-mail communication among Marco Cruz, Joseph Citrano, Dan Grote, Lee Laimbeer et al. dated March 19, 2012 (METRO002018 – 2019) |
| 48 | 4/9/2015 | 4/9/2015 | E-mail communication from Joe Citrano to Justice Parker dated January 12, 2012 re: disqualification letters (METRO001431-1432) |

| | | | |
|---|---|---|---|
| 49 | 4/9/2015 | 4/9/2015 | Memo from Joseph Citrano dated February 9, 2009 re: “Solicitation of Resumes and Letters of Commitment” |
| 50 | 4/9/2015 | 4/9/2015 | Memo from Joseph Citrano dated December 8, 2009 re: signing a commitment letter for Metropolitan |
| 51 | 4/9/2015 | 4/9/2015 | Commitment letter for Metropolitan |
| 52 | | | Letter from Metropolitan to Melany Duran re: termination of ICE security clearance dated 12/21/2011 (METRO003079) |
| 53 | | | E-mail authorizing ICE clearance for Melany Duran (METRO003080) |
| 54 | | | DEA letter to Joseph Citrano regarding disqualification of Melany Duran (METRO003081) |
| 55 | | | Letter from Lee Laimbeer to Melany Duran re: DEA disqualification letter (METRO003082) |
| 56 | | | Letter from Lee Laimbeer to Elizabeth Sanchez re: DEA disqualification letter (METRO002807) |
| 57 | | | Letter from Lee Laimbeer to Elizabeth Sanchez re: termination of ICE security clearance dated 12/21/2011 (METRO002808) |
| 58 | | | Letter to Joseph Citrano from DEA |

| | | | |
|---|---|---|---|
| | | | dated February 17, 2012 re: disqualification of Elizabeth Sanchez (METRO002809) |
| 59 | | | Letter to Joseph Citrano from DEA dated January 11, 2012 re: disqualification of Elizabeth Sanchez (METRO002810) |
| 60 | | | Email from Ron Perez re: Elizabeth Sanchez failed polygraph (METRO002811) |
| 61 | | | Letter to Joseph Citrano from DEA dated January 11, 2012 re: disqualification of Richard Gonzalez (METRO000901) |
| 62 | | | Letter from Lee Laimbeer to Richard Gonzalez re: termination of ICE security clearance dated 12/21/2011 (METRO000903) |
| 63 | | | Nondisclosure agreement between Richard Gonzalez and ICE/DHS (METRO000928-929) |
| 64 | | | DEA memo to William Sherman, Acting Special Agent in Charge, recommending Richard Gonzalez for Certificate of Appreciation Award (METRO000938-939) |
| 65 | | | Richard Gonzalez release from active duty Navy (METRO000950) |

| | | | |
|---|---|---|---|
| 66 | 4/7/2015 | 4/7/2015 | Letter to Joseph Citrano from DEA dated January 11, 2012 re: disqualification of Francisco Bates (METRO000204) |
| 67 | 4/7/2015 | 4/7/2015 | Letter from Lee Laimbeer to Francisco Bates re: DEA disqualification letter |
| 68 | | | Letter from Ron Perez on behalf of Francisco Bates dated February 26, 2010 (METRO000244) |
| 69 | | | Letter from Lee Laimbeer to Lilia Palomino re: DEA disqualification letter (METRO002899) |
| 70 | | | Letter to Joseph Citrano from DEA dated February 17, 2012 re: disqualification of Lilia Palomino (METRO002900) |
| 71 | | | Letter to Joseph Citrano from DEA dated January 11, 2012 re: disqualification of Lilia Palomino (METRO002901) |
| 72 | | | Letter to Joseph Citrano from DEA dated February 17, 2012 re: disqualification of Maribel Taylor (METRO002980) |
| 73 | | | Letter from Lee Laimbeer to Maribel Taylor re: DEA disqualification letter (METRO002979) |

| | | | |
|---|---|---|---|
| 74 | 4/13/2015 | 4/13/2015 | Letter from Lee Laimbeer to Maribel Taylor re: termination of ICE security clearance dated 12/21/2011 (METRO002981) |
| 75 | 4/8/2015 | 4/8/2015 | Letter from Lee Laimbeer to Adoption Options, Inc. re: Maria Nielsen's employment dated September 21, 2009 (METRO000836) |
| 76 | | | Letter from Lee Laimbeer to Adoption Options, Inc. re: Maria Nielsen's employment dated September 28, 2009 (METRO000837) |
| 77 | | | Letter from Kathleen Purdy to Adoption Options, Inc. re: Maria Nielsen dated January 14, 2010 (METRO000827) |
| 78 | | | Letter to Joseph Citrano re: DEA disqualification for Maria Nielsen dated January 11, 2010 (METRO000828) |
| 79 | | | Letter from Joseph Citrano to Maria Nielsen re: polygraph and EPPA (METRO000847-0848) |
| 80-1 | | | Photo of Maria Nielsen and family |
| 80-2 | | | Photo of Maria Nielsen and family |
| 80-3 | | | Photo of Maria Nielsen and family |
| 80-4 | | | Photo of Maria Nielsen and family |

| | | | |
|---|---|---|---|
| 80-5 | | | Photo of Maria Nielsen and family |
| 80-6 | | | Photo of Maria Nielsen and family |
| 80-7 | | | Photo of Maria Nielsen and family |
| 80-8 | | | Photo of Maria Nielsen and family |
| 80-9 | | | Photo of Maria Nielsen and family |
| 80-10 | | | Photo of Maria Nielsen and family |
| 80-11 | | | Photo of Maria Nielsen and family |
| 80-12 | | | Photo of Maria Nielsen and family |
| 80-13 | | | Photo of Maria Nielsen and family |
| 80-14 | | | Photo of Maria Nielsen and family |
| 80-15 | | | Photo of Maria Nielsen and family |
| 80-16 | | | Photo of Maria Nielsen and family |
| 80-17 | | | Photo of Maria Nielsen and family |
| 80-18 | | | Photo of Maria Nielsen and family |
| 80-19 | 4/8/2015 | 4/8/2015 | Photo of Maria Nielsen and family |
| 80-20 | | | Photo of Maria Nielsen and family |
| 80-21 | | | Photo of Maria Nielsen and family |
| 80-22 | | | Photo of Maria Nielsen and family |
| 80-23 | | | Photo of Maria Nielsen and family |
| 80-24 | | | Photo of Maria Nielsen and family |
| 80-25 | | | Photo of Maria Nielsen and family |
| 80-26 | | | Photo of Maria Nielsen and family |
| 80-27 | | | Photo of Maria Nielsen and family |
| 80-28 | | | Photo of Maria Nielsen and family |
| 80-29 | | | Photo of Maria Nielsen and family |
| 80-30 | | | Photo of Maria Nielsen and family |
| 80-31 | | | Photo of Maria Nielsen and family |
| 81 | | | Photo of Melany Duran and son |

| | | | |
|---|---|---|---|
| 82 | | | Photo of Melany Duran and son |
| 83 | | | Photo of Melany Duran and son |
| 84 | | | Photo of Melany Duran and son |
| 85 | | | Photo of Eduardo Ruvalcaba and family |
| 86 | | | Photo of Eduardo Ruvalcaba and family |
| 87 | | | Photo of Elizabeth Sanchez and family |
| 88 | | | Photo of Elizabeth Sanchez and family |
| 89 | | | Photo of Francisco Bates and family |
| 90 | | | Photo of Francisco Bates and family |
| 91 | | | Photo of Francisco Bates and family |
| 92 | | | Photo of Fernando Medina and family |
| 93 | | | Photo of Fernando Medina and family |
| 94 | | | Photo of Lilia Palomino with family |
| 95 | | | Photo of Maribel Taylor and family |
| 96 | | | Photo of Maribel Taylor and family |
| 97 | 4/14/2015 | 4/14/2015 | Photo of Richard Gonzalez’s DEA plaque |
| 98 | | | Photo of State Dept. gift to Richard Gonzalez |
| 99 | | | Photo of Richard Gonzalez |
| 100 | | | Photo of Richard Gonzalez |
| 101 | | | Photo of Richard Gonzalez’s family |

| | | | |
|---|---|---|---|
| 102-1 | | | Photo of Richard Gonzalez with family and friends |
| 102-2 | | | Photo of Richard Gonzalez with family and friends |
| 102-3 | | | Photo of Richard Gonzalez with family and friends |
| 102-4 | | | Photo of Richard Gonzalez with family and friends |
| 102-5 | | | Photo of Richard Gonzalez with family and friends |
| 102-6 | | | Photo of Richard Gonzalez with family and friends |
| 102-7 | | | Photo of Richard Gonzalez with family and friends |
| 103[1] | | | Summary of Richard Gonzalez's economic damages |
| 104 | | | Summary of Maria Nielsen's economic damages |
| 105 | 4/7/2015 | | Summary of Francisco Bates' economic damages |
| 106 | | | Summary of Fernando Medina's economic damages |
| 107 | | | Summary of Eduardo Ruvalcaba's economic damages |
| 108 | 4/10/2015 | | Summary of Melany Duran's economic damages |

[1] Plaintiffs' exhibits 103 through 111 (summary of each plaintiff's economic damages) is subject to revision and modification with updated information.

| | | | |
|---|---|---|---|
| 109 | | | Summary of Elizabeth Sanchez's economic damages |
| 110 | | | Summary of Lilia Palomino's economic damages |
| 111 | | | Summary of Maribel Taylor's economic damages |
| 112 | | | Marco Cruz e-mail (METRO 1198-1199) |
| 113 | 4/9/2015 | 4/9/2015 | Email from Joseph Citrano regarding Melany Duran (METRO 1498) (defense exhibit 580 & 581) |
| 114 | 4/9/2015 | 4/9/2015 | Email from Joseph Citrano regarding Fernando Medina (METRO 1113) (defense exhibit 596) |
| 115 | 4/9/2015 | | Information about Metropolitan from www.metlang.com |
| 116 | | | Document from www.metlang.com regarding hourly wage for DEA monitor/linguist |
| 117 | | | Document from www.metlang.com regarding hourly wage for ICE monitor/linguist |
| 118 | | | Language of Employee Polygraph Protection Act (entire statute) |
| 119 | | | Email that Fernando Medina did not pass the119 polygraph (METRO 1225) (defense exhibit 861) |
| 120 | | | Email that Francisco Bates did not |

| | | | |
|---|---|---|---|
| | | | pass the polygraph (METRO 1330) |
| 121 | | | Email that Maria Nielsen declined to take the polygraph (METRO 1347) (defense exhibit 707) |
| 122 | | | Email that Richard Gonzalez declined to take polygraph (METRO 1290-1291) (defense exhibit 722) |
| 123 | | | Email that Eduardo Ruvalcaba failed polygraph (METRO 2003) |
| 124 | | | Email that Lilia Palomino failed polygraph (METRO 1612-1613) (defense exhibit 641) |
| 125 | | | Email that Melany Duran failed polygraph (METRO 1988) (defense exhibit 580 & 581) |
| 126 | 4/13/015 | 4/13/2015 | Email from Claudia Gonzalez to Maribel Taylor dated August 7, 2011 (Bates no. PLAINTIFF M.T. 1). |
| 127 | 4/14/2015 | 4/14/2015 | Photo of Plaintiff Melany Duran |
| 128 | 4/14/2015 | 4/14/2015 | Photo of Plaintiff Richard Gonzalez |
| 129 | 4/14/2015 | 4/14/2015 | Photo of Plaintiff Fernando Medina |
| 130 | 4/14/2015 | 4/14/2015 | Photo of Plaintiff Eduardo Ruvalcaba |
| 131 | 4/14/2015 | 4/14/2015 | Photo of Plaintiff Maribel Taylor |
| 132 | 4/14/2015 | 4/14/2015 | Photo of Plaintiff Francisco Bates |
| 133 | 4/14/2015 | 4/14/2015 | Photo of Plaintiff Elizabeth Sanchez |
| 134 | 4/14/2015 | 4/14/2015 | Photo of Plaintiff Lilia Palomino |
| 135 | 4/14/2015 | 4/14/2015 | Photo of Plaintiff Maria Nielsen |

| | | | |
|---|---|---|---|
| 136 | 4/14/2015 | 4/14/2015 | Defense exhibit 894-1 (redacted) (Bates no. METRO003334) |
| 137 | 4/16/2015 | | Invoice |
| 138 | 4/16/2015 | | 2nd Invoice |
| 139 | 139-**1** 4/23/2015<br><br>139-**2** 4/23/2015<br><br>139-**3** 4/23/2015 | 139-**1** 4/23/2015<br><br>139-**2** 4/23/2015<br><br>139-**3** 4/23/2015 | Metropolitan Interpreters & Translators, Inc. Balance Sheets December 31, 2014 and 2013 |
| 140 | 140-**1** 4/23/2015<br><br>140-**2** 4/23/2015<br><br>140-**3** 4/23/2015 | 140-**1** 4/23/2015<br><br>140-**2** 4/23/2015<br><br>140-**3** 4/23/2015 | Metlang, LLC Statement of Operations and Member's Deficit for the year ended December 31, 2014 and 2013 |
| 141 | 141-1 4/23/2015 | 141-1 4/23/2015 | Metlang, LLC 2013 tax return |

DATED April 8, 2015

IREDALE AND YOO, APC

s/ Eugene Iredale

EUGENE IREDALE
JULIA YOO
GRACE JUN
Attorneys for Plaintiffs